1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JILL M. PIETRINI (Cal. Bar No. 138335)
2  BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
   PAUL A. BOST (Cal. Bar No. 261531)
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:  310.228.3700 / Facsimile:  310.228.3701
   Email:      jpietrini@sheppardmullin.com
5              baigboboh@sheppardmullin.com
               pbost@sheppardmullin.com
6
7  *Attorneys for Plaintiffs and Counter-Defendants*

8
                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION

11 | SC LICENSING, LLC, a California | Case No. 2:17-cv-07542-DSF-SK
   | limited liability company, et al., |
12 |                                 | **STIPULATION OF DISMISSAL WITH**
   |         Plaintiffs,             | **PREJUDICE**
13 |                                 |
   |     v.                          |
14 |                                 |
   | 5 HORIZONS GROUP, LLC, a        |
15 | Missouri limited liability company, |
16 |                                 |
   |         Defendant.              |
17 | AND COUNTERCLAIMS.              |
18

19     Plaintiffs and Counter-Defendants SC Licensing, LLC and RA Licensing,
20 LLC (collectively, "RA/SC Licensing") and Third-Party Defendants Rachel
21 Ashwell ("Ashwell") and Liliput & Co. LLC ("Liliput"), on the one hand, and
22 Defendant, Counterclaimant, and Third-Party Plaintiff 5 Horizons Group, LLC ("5
23 Horizons"), on the other hand, stipulate and agree as follows:
24     By order dated April 12, 2018 (Dkt. 56), this Court dismissed 5 Horizons'
25 third-party claims brought against Ashwell and Liliput and certain counterclaims
26 asserted against RA/SC Licensing (the "Dismissal Order").  The Court allowed 5
27 Horizons until May 14, 2018 to file and serve amended third-party claims and
28

counterclaims.  As of the filing of this stipulation, 5 Horizons has not filed amended third-party claims or counterclaims.

RA/SC Licensing and 5 Horizons have negotiated and agreed to a settlement of the remaining claims.

Accordingly, RA/SC Licensing and 5 Horizons, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all remaining claims asserted by the parties in this action, with each side to bear its own fees and costs.

Further, 5 Horizons stipulates and agrees not to appeal the Dismissal Order. Liliput and Ashwell stipulate and agree that with respect to 5 Horizons' third-party claims, each party is to bear its own fees and costs, and Liliput and Ashwell waive any claim to attorney's fees or costs from 5 Horizons.

The parties further stipulate to this Court retaining jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: _____     _____
                              UNITED STATES DISTRICT JUDGE


                              SHEPPARD, MULLIN, RICHTER &
                                     HAMPTON LLP

Dated:  June 4, 2018    By    _____/s/ Jill M. Pietrini_____
                                     JILL M. PIETRINI

                              Attorneys for Plaintiffs, Counter-Defendants,
                                     and Third-Party Defendants

2

|     |     |
| --- | --- |
|     | HUTCHINSON BLACK AND COOK, LLC |
| Dated: June 4, 2018   By | _____/s/ Daniel D. Williams_____<br>DANIEL D. WILLIAMS |
|     | Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff |

SMRH:486485641.1

3